UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON HIDALGO
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

        Plaintiff,

v.

HAMILTON POINT GRANARY, LLC
    d/b/a THE GRANGE BAR & EATERY
ROY ANTHONY HENLEY, and
RITA ROYER

        Defendants.

---

Case No.: 21-CV-01637

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff RAMON HIDALGO hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 15, 2021 and annexed hereto as **Exhibit A**.

Dated: November 23, 2021

Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*