UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON HIDALGO
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

     Plaintiff,

 v.

HAMILTON POINT GRANARY, LLC
  d/b/a THE GRANGE BAR & EATERY
ROY ANTHONY HENLEY, and
RITA ROYER

     Defendants.

Case No.: 21-CV-01637

**[PROPOSED]**
**RULE 68 JUDGMENT**

 **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Hamilton Point Granary, LLC d/b/a The Grange Bar & Eatery, Roy Anthony Henley, and Rita Royer (collectively, "Defendants"), having offered to allow Plaintiff Ramon Hidalgo ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 15, 2021 and filed as Exhibit A to Docket Number 39;

 **WHEREAS**, on November 23, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 39);

 It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Ramon Hidalgo, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 15, 2021 and filed as Exhibit A to Docket Number 39.

**SO ORDERED:**

Dated: _____, 2021    _____
  New York, New York          U.S.D.J.